IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LAKISHA ROCHELLE GRIFFIN A/K/A
LAKISHA ROCHELLE GRIFFIN SORRELS                               PLAINTIFF

vs.                                CIVIL ACTION NO.: 4:14-CV-132 DMB-JMV

HSBC MORTGAGE SERVICES INC.;
HSBC FINANCE CORPORATION;
AMERICAN SECURITY INSURANCE, CO.;
LSI REAL ESTATE TAX SERVICES, LLC;
CORELOGIC TAX SERVICES, LLC;
CORESTAR FINANCIAL GROUP, LLC
and/or its successors and assigns;
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; MERSCORP HOLDINGS, INC.,
CALIBER HOME LOANS, INC.,
AMERIPRISE INSURANCE COMPANY,
IDS PROPERTY CASUALTY INSURANCE
COMPANY; TRUCK INSURANCE EXCHANGE;
JOHN DOES Affiliates for Corestar Financial Group 1-5,
JOHN DOES Insurance Defendants 6-10;
JOHN DOES Services, Fees and Charges Defendants, 11-15;
HSBC JOHN DOES 16-20, and
OTHER John Does 21-2                                           DEFENDANTS

**ORDER**

This matter is before the Court on the plaintiff's motion [236] to quash 8 pending notices of deposition and Defendant American Security Insurance, Co.' response [241]. Plaintiff's counsel represents that the rescheduling of these depositions is necessary because he is under his doctor's orders not to work for a 6 week period commencing June 20, 2016, following a significant surgical procedure, and, further, for the reason that he was not consulted as to his

availability for the noticed depositions.  Because the undersigned anticipates the district judge will grant at least a limited extension of the current trial setting, the aforesaid depositions are hereby quashed.  As soon as notice of the continuance of the trial date is docketed, the magistrate judge will immediately inform counsel of the new discovery and related deadlines in this case.

In order to insure (provided a continuance of the trial date is granted) discovery will be timely completed, the parties are ordered to present to the magistrate judge, within a 5 day period of notice of any continuance of the trial date, a completed schedule for all necessary discovery.  The parties are instructed that they are not to wait until notice of a trial continuance to begin scheduling efforts.  They must begin promptly to schedule necessary depositions to occur on the first date mutually available. In scheduling the necessary depositions, the parties should not assume the trial will be continued for a substantial period of time.  The District Judge will make the decision as to the extension of the trial date and the amount of time any such extension will cover.

SO ORDERED this 6th day of July, 2016.

/s/ Jane M. Virden  
UNITED STATES MAGISTRATE JUDGE