IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LAKISHA ROCHELLE GRIFFIN a/k/a
LAKISHA ROCHELLE GRIFFIN SORRELS     **PLAINTIFF**

v.     CIVIL ACTION NO. 4:14CV132

HSBC MORTGAGE SERVICES INC., et al.     **DEFENDANTS**

## ORDER

This matter is before the Court on the Motion of American Security Insurance Company to Compel the Production of Plaintiff's Recent Settlement Agreement [ECF No. 328] (the "Motion").

Having reviewed the Motion, and being otherwise advised in the premises, the Court hereby **GRANTS** ASIC's Motion. Plaintiff will produce the Settlement Agreement, including the signed agreement and all ancillary documentation, to the remaining defendants in this case on or before January 23, 2017. Plaintiff may designate any document produced as "CONFIDENTIAL" as appropriate under the Agreed Protective Order [ECF No. 199] already entered in this action.

SO ORDERED this 19th day of January, 2017.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

34593941v1